IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JORGE OCASIO-RAMIREZ,<br><br>             Plaintiff<br><br>        v.<br><br>MIGUEL PEREIRA, et al.,<br><br>             Defendants | CIVIL NO. 04-1440 (JP) |

**FINAL JUDGMENT**

     The Court entered an Order on May 17, 2007, stating that "The Plaintiff is . . . advised that, if he does not appear on May 29, 2007 to try this case, the case will be dismissed with prejudice." (No. 80).  Despite entry of this Order, this case is not prepared for trial on account of the Plaintiff Jorge Ocasio-Ramírez's disregard as to the orders of the Court as follows:

     The Plaintiff fired his lawyer, but did not obtain a new lawyer.  The Plaintiff now says he is unable to contemplate settlement because he does not have legal counsel.  The Plaintiff demanded his legal file from his former attorneys, and his former attorneys were therefore unable to prepare for trial.  For instance, the attorneys did not prepare exhibits in preparation for trial.

     The Plaintiff could not meet with the Court or the opposing party because he lacked representation, and he is not ready for trial because the Plaintiff is not a lawyer and does not know the English

CIVIL NO. 04-1440 (JP)          -2-

language.  As a result, the Court cannot try the case.  Under these circumstances, the Complaint (**No. 1**) is **DISMISSED WITHOUT PREJUDICE**, and the Plaintiff, Jorge Ocasio-Ramírez, is **ORDERED** to pay the costs for the jury's attendance today and the costs incurred by the Defendants in this case.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 29th day of May, 2007.

                                                      s/Jaime Pieras, Jr.
                                                       JAIME PIERAS, JR.
                                   U.S. SENIOR DISTRICT JUDGE